In the Matter of the Arbitration between ERWIN WAGNER, as
President of Fur Merchants Employees Union, Local No. 64,
International Fur & Leather Workers Union, C.I.O., Respond-
ent, and MORRIS KOPIT, Doing Business as M. KOPIT COMPANY,
Appellant.

Argued November 16, 1948; decided December 2, 1948.

*Henry Waldman* and *Lester J. Waldman* for appellant.
*Ralph Shapiro* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

LEOPOLD D. STERN, Appellant, *v.* BRISTOL CORPORATION, Defendant, and THEODORE E. TOLSON, JR., et al., Respondents.

Argued November 17, 1948; decided December 2, 1948.